IPP International U.G. Declaration Exhibit A
File Hashes for IP Address 23.116.127.126

**ISP:** AT&T Internet Services
**Physical Location:** Houston, TX

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 06/03/2018 23:08:13 | 9A90BB3B08FBC81CF4CB979FCFB35A4FE35A755B | Sex For Three By The Sea |
| 09/19/2017 14:25:25 | 3CD4FFAF5440DFE6A6E9BE4946542C08ECB5C417 | Threesome With a View |
| 03/05/2017 07:04:35 | 7F7BD0A6F6E60C864A8532D71C393CF6AEA78270 | Kiss From A Rose |
| 01/25/2017 03:37:14 | 8804928FE8C7D028F95189478E180611B4ABB1BF | A Fucking Hot Threesome |
| 01/25/2017 00:28:36 | 4E3DBEDBDF6BE0E7E27236015263F89A42120F97 | Cum For A Ride |
| 01/08/2017 19:20:05 | 8FC510FE905B0E64ED8310D03762B5DDAD78AB08 | Horsing Around |
| 11/14/2016 02:43:51 | D82E8A72807537510572BB7F4FAE0840F566C37D | Triple Blonde Fantasy |
| 10/17/2016 02:40:19 | 70FE39BE1F08489E2DC6895B613E6D9F7C09F3F7 | Forbidden Fruit |
| 10/01/2016 19:04:41 | 1D7F77503ECAEB0394329781D7BFC3F76D16326D | Caprice Swaps Cocks |
| 09/04/2016 21:00:01 | 914F86188E3EF87DE6558D943E850797B4AF845D | Pussy Cat Burglar |

**Total Statutory Claims Against Defendant: 10**

EXHIBIT A

STX167